# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-1165
_____

THEODORE SMITH,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

_____

Petition for Belated Appeal—Original Jurisdiction.


May 20, 2024


PER CURIAM.

The Court denies the petition for belated appeal on the merits.

LEWIS, ROWE, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Theodore Smith, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.